IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANITA GARRETT ALLEN, )
)
        Plaintiff, )
)
v. ) 1:20CV760
)
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
)
        Defendant. )

## ORDER

On February 16, 2022, the Recommendation of United States Magistrate Judge was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. [Docs. #17, 18.] Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. [Doc. #19.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The Court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment Reversing or Modifying the Decision of the Commissioner of Social Security or Remanding the Cause for a Rehearing [Doc. #11] is DENIED, Defendant's Motion for Judgment on the Pleadings [Doc. #14] is GRANTED, the final decision of the Commissioner is upheld, and that this action is dismissed with prejudice. A judgment dismissing

this action will be entered contemporaneously with this Order.

This the 18th day of October, 2022.

<u>/s/ N. Carlton Tilley, Jr.</u>
Senior United States District Judge